CHRISTOPHER J. BRUNO       \*      NO. 2020-CA-0515

VERSUS       \*      COURT OF APPEAL

JENNIFER M. MEDLEY,       \*      FOURTH CIRCUIT
INDIVIDUALLY AND
"JENNIFER M. MEDLEY       \*      STATE OF LOUISIANA
CAMPAIGN FUND"

                                  \*

                                  \*

\* \* \* \* \* \* \*

**DYSART, J., CONCURS IN THE RESULTS FOR THE REASONS ASSIGNED BY JUDGE ATKINS.**